Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOEL HERNANDEZ MARTINEZ, | Case No: 2:16-cv-00101-CMK |
|     Plaintiff, | |
| | STIPULATION AND ORDER FOR |
| v. | EXTENSION OF TIME |
| | [Fed.R.Civ.P. 6] |
| Commissioner of Social Security, | |
|     Defendant | |

WHEREAS, the Plaintiff requires additional time to complete drafting of his motion for summary judgment; and

WHEREAS, an additional extension of 14 days is appropriate to file Plaintiff's motion for his summary judgment brief until May 29, 2017 is required, and any reply by Defendant will be due 30 days thereafter, and is not requested for an improper purpose. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of all deadlines in this action. The revised due date for the filing of the brief of the motion for summary is May 29, 2017. This is the Plaintiff's second request for additional time.

1

Stipulation and Order

SO STIPULATED AND AGREED:

For Plaintiff:                          For Defendant:
WEEMS LAW OFFICES                       PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel,
                                        Region IX
                                        Social Security Administration

/s/Robert C. Weems               By:    /s/ Tina Naicker
Robert C. Weems, Attorney for           Special Assistant United States
Plaintiff                               Attorney and Attorney for the
                                        Defendant (per e-mail)


SO ORDERED:


Dated:  May 24, 2017

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order

## DECLARATION OF CONCURRENCE OF SIGNATURE

## GENERAL ORDER 45, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order