PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker @SSA.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOEL HERNANDEZ MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-CV-00101-CMK <br><br> **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for approximately 8 days from September 26, 2017 to **October 4, 2017**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant (Counsel) experienced an unexpected loss of a loved one on September 15, 2017. Counsel attended funeral and prayer services last week. Due to current workload demands and shortened staff, Counsel currently has over 50+ active pending matters, with two or more dispositive motions due per week until late October. Due to unexpected leave, Counsel became behind on her heavy caseload. Counsel apologizes for the

belated nature of the request, but did not anticipate taking additional leave due to a recent and unexpected death of a loved one. Defendant respectfully requests additional time in order to adequately assess the issues raised in Plaintiff's Motion. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 25, 2017      /s/ *Robert C. Weems
       (*as authorized by email on September 25, 2017)
       ROBERT C. WEEMS
       Attorney for Plaintiff

Dated: September 25, 2017      PHILLIP A. TALBERT
       United States Attorney
       DEBORAH LEE STACHEL
       Regional Chief Counsel, Region IX
       Social Security Administration

By     /s/ Tina L. Naicker
       TINA L. NAICKER
       Special Assistant U.S. Attorney
       Attorneys for Defendant

.

**ORDER**

APPROVED AND SO ORDERED:

Dated: September 27, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE