PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker @SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL HERNANDEZ MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-CV-00101-CMK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for two weeks from October 4, 2017 to **October 18, 2017**. This is Defendant's fourth request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as counsel for Defendant (Counsel) continues to experience chronic migraines, which impairs her vision. Counsel was recently out of the office on September 29, 2017 for her migraines, which lasted over three days and continues to experience daily, constant headaches, including on the date of the current filing deadline. Counsel also has scheduled leave from October 5, 2017 through October 9, 2017. Due to current workload demands and shortened

| | |
|---|---|
| 1 | staff, Counsel currently has over 50+ active pending matters, with two or more dispositive |
| 2 | motions due per week until early November.  Due to unexpected and upcoming leave, Counsel |
| 3 | became behind on her heavy caseload.  Counsel apologizes for the belated nature of the request, |
| 4 | but did not anticipate taking additional leave due her ongoing medical condition.  Defendant |
| 5 | respectfully requests additional time in order to adequately assess the issues raised in Plaintiff's |
| 6 | Motion.  Defendant makes this request in good faith with no intention to unduly delay the |
| 7 | proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified |
| 8 | accordingly. |

Respectfully submitted,

Dated: October 4, 2017    */s/ \*Robert C. Weems*
(*as authorized by email on October 4, 2017)
ROBERT C. WEEMS
Attorney for Plaintiff

Dated: October 4, 2017    PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By    /s/  *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated: October 4, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE