PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL HERNANDEZ MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-CV-00101-CMK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for three weeks from October 18, 2017 to **November 8, 2017**. This is Defendant's fifth request for extension.[1] Good cause exists to grant Defendant's request for extension. Defendant respectfully requests additional time in order to adequately assess the issues raised in Plaintiff's Motion. Additional time is required due to Counsel's ongoing medical issues. At the time of the last request, Counsel was experiencing up to two migraines a week with vision impairment. However, on October 19, 2019, Counsel had to go to urgent care for a sprained right hand/thumb

---

[1] Defendant requested an extension of time on October 17, 2017, however, the Court has not yet ruled on it. As such, Defendant is amending its request due to unforeseen circumstances as stated in the stipulation.
Joint Stipulation for Extension of Time and PO; 2:16-CV-00101-CMK

1

and is currently unable to fully use her right hand.[2] Due to Counsel's new hand injury, Counsel is expected to be on intermittent medical leave for another week. Due to shortened staff and heavy workload, Counsel is currently behind on her heavy caseload, which consists of over 50 active matters of which require two or more dispositive motions a week. Counsel apologizes for the belated nature of the request, but did not anticipate taking additional leave due her recent hand injury. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

///

///

///

---

[2] Counsel has a splint on her right thumb and is currently unable to type with her right hand.
Joint Stipulation for Extension of Time and PO; 2:16-CV-00101-CMK

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2

3 |                                                                              Respectfully submitted,

4

5 | Dated: October 23, 2017                      */s/ *Robert C. Weems*

                                                                         (*as authorized by email on October 23, 2017)

6 |                                                                          ROBERT C. WEEMS

7 |                                                                          Attorney for Plaintiff

8

9 | Dated: October 23, 2017                      PHILLIP A. TALBERT

                                                                         United States Attorney

10 |                                                                          DEBORAH LEE STACHEL

11 |                                                                          Regional Chief Counsel, Region IX

12 |                                                                          Social Security Administration

13 |                                           By     */s/ Tina L. Naicker*

14 |                                                                          TINA L. NAICKER

15 |                                                                          Special Assistant U.S. Attorney

                                                                         Attorneys for Defendant

16 | .

17 |                                                                          **ORDER**

18 | APPROVED AND SO ORDERED:

19

20 | Dated: October 31, 2017

21 |                                                                           CRAIG M. KELLISON

22 |                                                                           UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Joint Stipulation for Extension of Time and PO; 2:16-CV-00101-CMK