1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 JOEL HERNANDEZ MARTINEZ,             No. 2:16-CV-0101-CMK

12             Plaintiff,

13       vs.                                      ORDER

14 COMMISSIONER OF SOCIAL
    SECURITY,
15
             Defendant.
16
    _____/
17

18          Plaintiff, who is proceeding with retained counsel, brought this action under

19 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20 Final judgement was entered on May 2, 2018.  Pending before the court is plaintiff's motion for

21 attorney's fees (Doc. 38), which has been set for hearing on September 5, 2018, in Redding,

22 California.  Pursuant to Eastern District of California Local Rule 230(g), the hearing is hereby

23 taken off calendar and the matter will be submitted upon completion of briefing on the record

24 / / /

25 / / /

26 / / /

1   and briefs without oral argument.

2             IT IS SO ORDERED.

3

4   DATED: August 2, 2018

5

6                                        **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26