PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL HERNANDEZ MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:16-CV-00101-CMK<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SUPPLEMENTAL BRIEFING DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT (DKT 38).** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Attorneys Fees Pursuant to Equal Access to Justice Act (EAJA) be extended for thirty additional days from August 29, 2017 to **September 28, 2018**, with Plaintiff's reply due, on or before **October 12, 2018**. This is the parties' first request for extension to modify the briefing schedule for Plaintiff's EAJA Motion. Good cause exists to grant the request for extension. The parties are actively negotiating EAJA fees and hopefully will resolve the issue without the need for further or additional motion practice.

///

///

Joint Stipulation for Extension of Time and PO; 2:16-CV-00101-CMK

1

| | |
|---|---|
| 1 | The parties make this request in good faith with no intention to unduly delay the proceedings. |
| 2 | As such, the new deadline for Defendant's response to Plaintiff's EAJA Motion shall be on or |
| 3 | before **September 28, 2018**, and Plaintiff's reply, if any, shall be on or before **October 12, 2018**. |

Respectfully submitted,

Dated: August 29, 2018

/s/ *Robert C. Weems
(*as authorized by email on August 29, 2018)
ROBERT C. WEEMS
Attorney for Plaintiff

Dated: August 29, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

.

## **ORDER**

APPROVED AND SO ORDERED:

Dated: August 30, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE