IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL HERNANDEZ MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:16-CV-0101-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on May 2, 2018, remanding this matter for further proceedings. Pending before the court is plaintiff's unopposed motion for attorney's fees under the Equal Access to Justice Act (EAJA) (Doc. 38).[1]

/ / /

/ / /

/ / /

/ / /

---

[1] Defendant was provided two extensions of time to file an opposition to plaintiff's motion, the most recent extension to September 28, 2018. To date, no opposition has been filed.

1

Given the lack of any opposition from the Commissioner, the reasonableness of the fees sought, and good cause appearing therefor, plaintiff's motion is granted. Plaintiff is awarded EAJA attorney's fees in the amount of $11,228.81, payable directly to plaintiff by the Commissioner within 65 days of the date of this order. See Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

IT IS SO ORDERED.

Dated: December 18, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE